**In re: Michael R. SHEMONSKY, Appellant**

**Michael G. Oleyar, Jr., Trustee.**

**Nos. 07–3093, 07–3104, 07–3105.**

United States Court of Appeals, Third Circuit.

Submitted for Possible Dismissal as Moot Aug. 16, 2007.

Filed: Sept. 6, 2007.

Michael R. Shemonsky, Weatherly, PA, pro se.

Michael G. Oleyar, Jr., Hazleton, PA, pro se.

BEFORE: RENDELL, SMITH and JORDAN, Circuit Judges.

## OPINION

### PER CURIAM.

Michael Shemonsky appeals the District Court's order denying his motions to proceed *in forma pauperis* on appeal. Shemonsky filed notices of appeal from the District Court's order deeming his appeals from three Bankruptcy Court orders withdrawn. These appeals were docketed at C.A. Nos. 07–2784, 07–2790, and 07–2791. Shemonsky filed motions to proceed *in forma pauperis* in the District Court for each appeal. By order entered July 10, 2007, the District Court denied the motions without prejudice to Shemonsky filing a motion to proceed *in forma pauperis* with this Court. Shemonsky then filed notices of appeal from the District Court's July 10, 2007 order which were docketed at C.A. Nos. 07–3093, 07–3104, and 07–3105.

By order entered July 18, 2007, the Clerk granted Shemonsky's motions to proceed *in forma pauperis* in the appeals at C.A. Nos. 07–2784, 07–2790, and 07–2971. Because Shemonsky has now been granted the relief he sought in the District Court, the appeals at C.A. Nos. 07–3093, 07–3104, and 07–3105 are moot. Accordingly, we will dismiss the appeals.